BEFORE THE THIRD DIVISION, MARCH 8, 1951

**No. 55335.**—Schenley Distilleries, Inc. *v.* United States, protest 119768–K (Indianapolis).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55336.**— McKesson & Robbins, Inc. *v.* United States, protest 157609–K/2767 (Chicago).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55337.**—Ot•ɔ Trading Corp. *v.* United States, protest 162480–K (Baltimore).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

MARCH 7, 1951

**No. 55338.**—Sandoz Chemical Works, Inc. *v.* United States, protest 163965–K.— Plaintiff's application for rehearing granted.

**No. 55339.**—Tele-Tone Radio Corp. *v.* United States, protest 162999–K.— Plaintiff's application for rehearing granted.

BEFORE THE THIRD DIVISION, MARCH 12, 1951

**No. 55340.**—M. D. Zinn, Administrator of the Estate of Charles Woo Quong, Deceased *v.* United States, petitions 6523–R, etc. (San Diego).

Opinion by EKWALL, J. The petitions were dismissed.

BEFORE THE SECOND DIVISION, MARCH 13, 1951

**No. 55341.**—Caradine Hat Co. et al. *v.* United States, protests 761270–G, etc. (St. Louis).

Opinion by FORD, J. The protests were dismissed.

**No. 55342.**—Gallagher & Ascher Co. et al. *v.* United States, protests 128107– K/958, etc. (Chicago).

Opinion by FORD, J. The protests were dismissed.